UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

GEORGE J. O'CONNELL,

                Plaintiff,        MOTION IN LIMINE TO PRECLUDE
                                          EVIDENCE DISMISSED ON
  vs.                                  SUMMARY JUDGMENT
                                            09-CV-364 (FJS/ATB)

ONONDAGA COUNTY, ONONDAGA COUNTY
SHERIFF'S DEPARTMENT and SHERIFF
KEVIN WALSH, in his capacity as Sheriff of
Onondaga County,

                Defendants.
_____

**PLEASE TAKE NOTICE,** that Defendant Onondaga County hereby moves this Court for an Order excluding any and all evidence, references to evidence, testimony or argument concerning issues upon which summary judgment was granted.

This motion is based upon the grounds that such evidence would confuse the issues, be misleading to the jury, is not relevant and would be prejudicial to the County.

This motion is made under the provisions of *Federal Rules of Evidence 403 and 401* and is based upon the supporting Memorandum of Points and Authorities, the pleadings and papers on file in this action, and upon such of the argument and evidence as may be presented prior to or at the hearing of this matter.

DATED: August 24, 2012

                                                            _____
                                                            GORDON J. CUFFY,
                                                            COUNTY ATTORNEY
                                                            Carol L. Rhinehart, of Counsel
                                                           Bar Roll No. 509096
                                                           *Attorney for Defendant*
                                                           421 Montgomery Street
                                                           Syracuse, New York 13202
                                                           Telephone: (315) 435-2170

TO:  K. FELICIA DAVIS, ESQ.
     *Attorney for Plaintiff*
     P.O. Box 591
     Syracuse, New York 13201-05901
     Telephone: (315) 483-6388