UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

GEORGE J. O'CONNELL,

        Plaintiff,

        -vs-

ONONDAGA COUNTY, ONONDAGA COUNTY
SHERIFF'S DEPARTMENT and SHERIFF
KEVIN WALSH, in his capacity as Sheriff of
Onondaga County,

        Defendants.
_____

Case No. 09-CV-364 (FJS/GJD)

CERTIFICATE OF SERVICE

     I hereby certify that on August 24, 2012, I electronically filed the following with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.     K. Felicia Davis, Esq., P.O. Box 591, Syracuse, NY 13201-0591

Documents:

1.     Defendant's Exhibit List;

2.     Defendant's Witness List;

3.     Proposed Voir Dire;

4.     Court Ordered Voir Dire;

5.     Motion in Limine with Memorandum of Law with Attachment to Preclude Reference to Workers' Compensation Board Findings;

6.     Motion in Limine with Memorandum of Law to Preclude Emotional Damages or Bifurcate Trial;

7.     Motion in Limine with Memorandum of Law with attachment to Preclude Reference to EEOC/NYSHR Records/Reports;

8.     Motion in Limine with Memorandum of Law to Limit Damages for Breach of Contract;

9. Motion in Limine with Memorandum of Law with attachment to Dismiss the Claims for Breach of Contract;

10. Motion in Limine with Memorandum of Law with attachment to Preclude Expert Testimony;

11. Motion in Limine with Memorandum of Law to Preclude Reference to Arbitrator's Opinions;

12. Motion in Limine with Memorandum of Law to Preclude Use of the Terms "Disabled" or "Disability";

13. Motion in Limine with Memorandum of Law to Preclude Reference to Plaintiff's Psychiatric Reports/Records/Treatment;

14. Motion in Limine with Memorandum of Law to Preclude Evidence Dismissed on Summary Judgment;

15. Joint Pre-Trial Statement;

16. Proposed Verdict Sheet;

17. Proposed Jury Instructions; and

16. Trial Brief.

S/

_____
DENISE M. KARLE