AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

Northern     DISTRICT OF     New York

George J. O'Connell

V.

Onondaga County

**JUDGMENT IN A CIVIL CASE**

Case Number:     5:09-cv-364

x **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the jury finds no cause for action as to the remaining claims of retaliation, discrimination and failure to provide a reasonable accommodation pursuant to the American with Disabilities Act and the Rehabilitation Act.

All of the above pursuant to a jury verdict rendered before the Honorable Frederick J. Scullin, Jr. on November 29, 2012.

U.S.D.C. for the Northern District of New York

I, the undersigned Clerk of the Court, do hereby certify that this is a true correct and full copy of the original document on file in my custody.

Total Pages(s)  1
Dated  11/29/2012  Lawrence K. Baerman, Clerk
By  B.Woodford  Deputy Clerk

November 29, 2012
Date

Lawrence K. Baerman
Clerk  *Barbara J. Woodford*

(By) Deputy Clerk